IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUJAAHID HARRIS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALLADOLID, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-01502-JLT-EPG (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AND FOURTH SET OF REQUESTS FOR PRODUCTION**<br><br>(ECF No. 52) |

　　　In light of Defendants' Request for an Extension of Time to Respond to Plaintiff's Third and Fourth Sets of Requests for Production of Documents (ECF No. 52), and good cause being shown therein, the Court GRANTS the Defendants' request for an extension of time to respond (ECF No. 52). Defendants shall have until June 18, 2025, to respond to Plaintiff's Third Set of Requests for Production of Documents, and until June 22, 2025, to respond to Plaintiff's Fourth Set of Requests for Production of Documents.

IT IS SO ORDERED.

　　Dated:　**June 5, 2025**　　　　　　　　　　／s／ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE