IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUJAAHID HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALLADOLID, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-01502-JLT-EPG (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND**<br><br>(ECF No. 55) |

　　In light of Defendants' Request for an Extension of Time to Respond to Plaintiff's Fourth Set of Interrogatories (ECF No. 55), and good cause being shown therein, the Court GRANTS the Defendants' request for an extension of time to respond. Defendants shall have until June 30, 2025, to respond to Plaintiff's Fourth Set of Interrogatories.

IT IS SO ORDERED.

　　Dated: **June 13, 2025**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE