**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

MUJAAHID F. HARRIS,

Plaintiff,

v.

O. VALLADOLID, *et al*.,

Defendants.

Case No. 1:23-cv-01502-JLT-EPG (PC)

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Hearing: **In-Person Settlement Conference**
Date: **November 16, 2026**
Time: **8:30 a.m.**
Location: **CSP-COR**

Mujaahid F. Harris, CDCR #E-86525, a necessary and material witness in a settlement conference in this case on November 16, 2026, is confined in California State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before a Federal Magistrate Judge on **November 16, 2026 at 8:30 a.m. at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison, Corcoran, via facsimile at (559) 992-7372 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP-COR, 4001 King Avenue, Corcoran, CA 93212:**

**WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE