# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUJAAHID F. HARRIS,<br>Plaintiff,<br>v.<br>O. VALLADOLID, et al.,<br>Defendants. | Case No. 1:23-cv-01502-JLT-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MUJAAHID F. HARRIS, CDCR #E-86525<br><br>(ECF No. 102) |

A settlement conference in this matter was held on November 16, 2026. Inmate Mujaahid F. Harris, CDCR #E-86525, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE